IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05-cr-00028–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SEBASTIAN J. SCHOWE,

    Defendant.

---

### MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Nel Steffens, Deputy Clerk, for Jamie L. Hodges, Secretary

The "Unopposed Motion to Waive Defendant's Appearance for October 27, 2006 Status Conference" (#37, filed October 13, 2006) is GRANTED.

Dated: October 17, 2006