IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05-cr-00028-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SEBASTIAN J. SCHOWE,

    Defendant.

## ORDER

This matter comes before the court on motion of the government to dismiss Counts 1 through 52 and Counts 54 through 63 of the Information in the above-captioned matter, and the court having considered the same and being otherwise duly advised in the premises, it is hereby

**ORDERED** that Counts 1 through 52 and Counts 54 through 63 of the Information in the above-captioned matter be and hereby are dismissed.

Dated this 6th day of April, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge